AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:22-mj-192 |
| NICHOLAS ANFIN NESDAHL | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __in or about 9/1/22 to in or about 4/1/22__ in the county of __Williams__ in the District of __North Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC, Section 2252(a)(2) | Receipt of images depicting the sexual exploitation of minors. |
| 18 USC, Section 2252(a)(4)(B) | Possession of images depicting the sexual exploitation of minors. |

This criminal complaint is based on these facts:
See attached Affidavit of Probable Cause of Special Agent Jenna M. Harbin.

☑ Continued on the attached sheet.

_Complainant's signature_

Jenna M. Harbin, SA, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 04/07/2022

_Judge's signature_

City and state: Bismarck, ND

United States Magistrates Judge Clare. R. Hochhalter
_Printed name and title_