<u>**AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE FOR A COMPLAINT**</u>

I, Jenna M. Harbin, a Special Agent with Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

<u>**INTRODUCTION**</u>

1.      Your affiant, Special Agent Jenna Harbin, is employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI).  Your affiant has been employed as a Special Agent since September 2019. Your Affiant graduated from the Criminal Investigator Training Program (CITP) on December 9, 2019, and Homeland Security Investigations Special Agent Training (HSISAT) on March 19, 2020. Both were located at the Federal Law Enforcement Training Center (FLETC), located at Glynco, Georgia.  Prior to becoming a Special Agent, your affiant was an Investigator with the Spartanburg County Sheriff's Office, Spartanburg, South Carolina, from January 2014 until August 2019.  Your affiant graduated from Winthrop University with a degree in Sociology and a Concentration in Criminology in 2014.  Thereafter, your affiant became Class 1 Law Enforcement Certified from the South Carolina Criminal Justice Academy in May 2014.  Your affiant has conducted multiple criminal investigations for various violations of South Carolina state laws including, but not limited to, narcotics trafficking, weapons violations, and child neglect.  As a federal agent, your affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.  Your affiant is currently assigned to the North Dakota Internet Crimes Against Children (ICAC) Task Force and have worked numerous investigations involving the online sexual exploitation of children.

2.      As a Special Agent, your Affiant is responsible for enforcing federal criminal statutes including the sexual exploitation of children, pursuant to Title 18, United States Code

(USC). Your Affiant has received training and actual experience relating to Federal Criminal Procedures, Federal Statutes, and HSI Regulations. Your Affiant has received training and instruction in the field of investigation of the sexual exploitation of children and has had the opportunity to participate in numerous investigations relating to the sexual exploitation of children.

3.     As a Special Agent with HSI, your Affiant has the authority to investigate violations of federal law. Your Affiant also has authority to seek and execute federal process, to include criminal complaints. Your Affiant makes this affidavit in support of a criminal complaint charging NICHOLAS ANFIN NESDAHL, with the offense of Possession of Images Depicting the Sexual Exploitation of Minors in violation of 18 USC 2252(a)(4)(B), which criminalizes the possession of images and videos depicting the

sexual exploitation of minors.

## FACTS CONSTITUTING PROBABLE CAUSE

4.     On or about October 24, 2021, the Peters Township Police Department (PTPD), MacMurray, PA, received a report of a sexual assault.  The reporting party, whose name is known to law enforcement, stated she had located troubling videos on her thirteen (13) year old daughter's (hereinafter "Minor Victim #1") cell phone, which appeared to depict Minor Victim #1 engaged in various sexual acts with her six (6) year old stepdaughter (hereinafter "Minor Victim #2"). The full names and identities of both minor victims are known to law enforcement. Minor Victim #1 and Minor Victim #2 are herein after being referred to as MV#1 and MV#2.

5.     On or about October 24, 2021, the PTPD received consent to search the cellular telephone of MV#1, which is described as an Apple iPhone X in a red case. The consent was provided by the reporting party.  A cursory review of the cellular telephone, prior to forensic imaging, resulted in the discovery of several conversation on Snapchat which were of a sexual

nature. Videos were also observed of MV#1 and MV#2 engaged in sexually explicit behavior. The screen name of MV#1 is visible as SHE.BXDDIE.

6.      The reporting party also provided the notebook "diary" of  MV#1. Writings contained within that journal indicate the subject was talking to several individuals, who she believed were adults via Snapchat.  The writings contain phone numbers and names of individuals.

7.      During an entry that appeared to be written sometime after October 20, 2021 (the entry is undated), MV#1 begins by writing that she had taken a bath today with her six (6) year old stepsister, MV#2.  MV#1 further states, "she fingered/ rubbed my pussy, and I took a video of it." MV#1 also writes that "MV#2 told me when I was rubbing her pussy that it felt so good and we should do it every day." MV#1 continues in detail of this incident before saying her mother walked in and became upset and took her phone. MV#1 claims the reason she acts the way she does is because of the people/person she has been talking to and that they have been filling her mind up with rape and incest fantasies.

8.      In another entry in the diary, MV#1 writes about meeting a male online who is traveling to meet her for sex. In summary, in an entry labeled "Oct 11/12", MV#1 indicates the following: MV#1 writes that she plans on having sex with someone on October 12th or 13th at 12AM. MV#1 states, "someone drove all the way here…I was just on Omegle".  In an entry labeled "Oct 13", MV#1 writes that it was 10 PM and the male who had driven to have sex with her was tired from traveling all day and that they would "do it tomorrow night."  In an entry labeled "Oct 14", MV1 writes that it is 11:44 PM and the male's name is CADE, that he's 27, and that he drove here from Georgia. MV#1 states that they are supposed to meet at 12:30 AM and that they "might fuck tonight."

9.      In an entry labeled "Oct 15", MV#1 writes that the night prior, MV#1 went outside and waited for an hour before realizing he had blocked MV#1. MV#1 continues the diary entry by saying there is another guy who doesn't live in the country but wants to visit her at the end of the month. MV#1 comments that "his dick looks very good…he's 24!" This male had apparently purchased a flight for $15,000 and booked a car and hotel room. MV#1 further stated that "he said he wants to fuck me…which is fine actually because his dick looks amazing!"  In an entry labeled "Oct 18," MV#1 writes that MV#1 added Cade on another account to ask why he blocked  MV#1. MV#1 wrote that Cade was "scared I was a cop."

10.      On or about October 25, 2021, PTPD Detective Walker conducted an interview of MV#1, which was granted with the consent of her legal guardian. MV#1 stated she has sent nude images of herself to several individuals on Snapchat. MV#1 stated she was requested by CADE, who used the Snapchat name "swimming cade". MV#1 revealed "Cade" asked her to send nude pictures and videos of herself.  MV#1 did as "Cade" requested.  "Cade" related to MV#1 that he really wanted MV#2 involved in the videos.  MV#1 recalls between a week or two ago, after "CADE" said he wanted to visit her, "CADE" was conversing with her on Snapchat and turned on his Snapchat map.  MV#1 stated that the map showed "CADE" close by her house in Peters Township. MV#1 related "CADE" was going to pick her up and take her to a hotel. MV#1 waited outside her residence for an hour waiting for "CADE" to arrive.  "CADE" never showed.  "CADE" later told MV#1 he didn't pick her up because he thought she was the police posing as a young girl. In addition to "CADE", MV#1 stated on Sunday, October 24, 2021, she recorded two more Snapchat videos of herself and MV#2. These videos were recorded while the two were in the bathtub together. These videos also depicted MV#1 directing MV#2 to insert her fingers into her vagina. MV#1 related "Cade" and "Nick" were directing her on how to sexually abuse MV#2.

11.     On October 29, 2021, SA Wargo reviewed the extraction of MV#1's cellular telephone. Files of child pornography were apparent on the cellular telephone, including videos of MV#2 inserting her fingers into the vagina of MV#1. Additional videos included MV#2 painting the bare breasts of MV#1 with what appears to be some type of body paint. Further, conversations between MV#1 and a user "MAVERICKMAN220" (AKA NICK) detail MAVERICKMAN220 providing instruction to MV#1 on how to sexually abuse MV#2.

12.     On or about October 25, 2021, SA Wargo sent a summons to Snapchat for subscriber information associated with MAVERICKMAN220. On or about October 28, 2021, Snapchat responded with data responsive to the request. The account of MAVERICKMAN220 was created on or about August 14, 2020 from IP 2001:48f8:4078:3f4:81a3:78bb:6a5b:425d. The display name listed on the account is NICK. On or about October 29, 2021, your affiant sent a summons to Midcontinent Communications a/k/a Midco Communications, for subscriber information associated with the IP login information provided by Snapchat for user MAVERICKMAN220.

13.     On or about October 25, 2021, SA Wargo drafted a Customs Summons for subscriber data associated with several Snapchat account users who are believed to have communicated with MV#1 in a sexual manner.  The account of "maverickman220" is believed to be used by the subject currently only known as NICK. The Summons was served on Snapchat via their law enforcement portal. It was assigned internal case number 22034121.

14.     On or about October 28, 2021, Snapchat responded with records responsive to the request. The following information about the user was provided, in summary:

USER NAME: maverickman220
CREATION DATE: Fri Aug 14 03:59:25 UTC 2020
CREATION IP: 2001:48f8:4078:3f4:81a3:78bb:6a5b:425d
DISPLAY NAME: Nick

ACCOUNT STATUS: Active

**AGENTS NOTE: The registration IP resolved back to Midcontinent Communications and geo-locates to the Williston, North Dakota area. The IP is outside of the retention period for record keeping and will not be subpoenaed.**

IP Login Data:

- Between September 26, 2021 and October 23, 2021, login / logouts were recorded to the same IP address, 96.3.191.71 (Resolves back to Midcontinent Communications – Williston, ND).

- On October 17, 2021, there were two events which resolve back to the IP 174.219.1.252, which is a Verizon Wireless Mobile IP. (Resolves back to the Fargo, ND area). There were other Verizon Wireless Mobile IP logins scattered amongst the Midcontinent Communications logins.

15.     On or about October 28, 2021, SA Wargo was provided with the forensic extraction of MV#1's cellular telephone by the Peters Township Police Department. The forensic image was parsed with Axiom v. 5.6.0.26893. A review of the "Communications" data from MV#1 cellular telephone resulted in the discovery of approximately 546 chat messages between herself and the Snapchat user MAVERICKMAN220.

16.     On or about October 29, 2021, Midco Communication responded with records responsive to the request. The subscriber information listed Nicholas NESDAHL at 3713 7th Street West, Apt 111, Williston, ND 58801. Additional identifiers including social security number and service dates were also provided.

17.     On or about October 29, 2021, SA Wargo drafted a Customs Summons for subscriber information associated with the IP address 96.3.191.71 on September 26, 2021. The summons was served on Midcontinent Communications via their law enforcement email address. On or about October 29, 2021, Midcontinent Communications responded with information responsive to the request. The following information, in summary, was made available. During the previously identified time period the IP address 96.3.191.71 resolved back to:

Name: Nichoals NESDAHL (Note: The first name appears misspelled on bill)
Service Address: 3713 7th Street, Apt 111, Williston, ND 58801-4258
Billing Address:
User Name: N/A
Phone Number: 701-500-7243
Account Number: 1571621-03
IP Lease Start: 08/27/2021
IP End Date: 10/27/2021
Connection Date: 10/03/2019
Account Holder SSN: 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

The billing history also shows that NESDAHL appears to be several months behind in the payment of his internet bill. The most recent payment occurred on 08/27/2021 for $147.18.

18.     On or about November 9, 2021, SA Wargo conducted open-source records checks on NESDAHL. A search of the subject's social security number listed in the previous return was associated with several records, including the address of 3713 7th Street SW, Apartment B111, Williston, ND 58801. Open-source checks of the phone number 701-500-7243 resolve back to Verizon Wireless and NESDAHL. An open Facebook account was listed located for NESDAHL. https://www.facebook.com/nick.nesdahl

19.     The Facebook account lists NESDAHL's former employment as LIT at Triangle Y Camp. A search of Triangle Y Camp revealed it is "a summer camp focused on personal growth, youth development, and outdoor exploration. Established in 1964, Triangle Y camp is operated in order to aid in the development of character and Christian philosophy of life."

20.     On or about November 9, 2021, SA Wargo conducted a query of the North Dakota Department of Transportation Records for a driver's license associated with NESDAHL. A search of the records yielded positive results. Nicholas Anfin NESDAHL was issued North Dakota DL NES948080 on or about December 17, 2019 and it expires on or about May 8, 2026. The previously mentioned address of 3717 7th Street West, Williston, ND 58801 is listed as the

subject's current address. NESDAHL is described as 6'02" tall, blue eyes, brown hair, approximately 315 pounds.

21.    On or about November 9, 2021, SA Wargo conducted law enforcement queries on NESDAHL. A North Dakota Driver's license was located which also resolved back to 3713 7th Street West, Williston, ND 58801. No identifiable criminal history was located for NESDAHL. Checks with the National Center for Missing and Exploited Children were also negative.

22.    On or about November 10, 2021, SA Wargo provided a video recording to HSI Pittsburgh Investigative Assistant (IA) McAllister for review. The video is Peters Township Police body worn camera footage of a police officer previewing the Snapchat account of MV#1 on her cellular telephone at the time the initial report was taken. Based on the review of the video, the following observations, in summary, were made by IA McAllister: The portion of the available chat begins with user MAVERICKMAN220 stating: "I'm not gonna say I don't want nudes cuz I do. I love getting and giving them but I also want more. I want someone to talk to, to be able to talk about anything with, but I'm not the type of guy who's gonna cheat or get cheated on, if I'm giving my all to someone and I find that they're talking to someone behind my back, it's over, idc if we've spent a day together or 10 years together I'm not that guy. I'm in it for one person and not to have multiple fall back plans. My last two ex's both cheated on me and I was naïve and stayed even though I wasn't having sex with them or anything they just wanted someone to talk to but wanted their fun with someone else so I'm sorry if I came off as insecure but it sucks to be cheated on once let alone twice. Life gave you such good looks that it needs to bring you down a bit lol". In response, MV#1 sent MAVERICKMAN220 two photographs.

   a. Picture one: MV#1 nude from the waist up rubbing her breasts.

   b. Picture two: unknown female (possibly MV #2) rubbing MV #1's neck and in-between her breasts.

23.     The conversation continues with MAVERICKMAN220 confirming that MV#1's cellular telephone will turn off at 9PM. Later in the chats, MV#1 described her relation to MV#2 as her "step sister… she is 6." A few lines later MAVERICKMAN220 confirmed "She's 6." MV#1 described the two painting each other's nudes bodies. MAVERICKMAN220 stated, "And she'd touch your nipples a lot… It was hot right….I wanted to watch her take her hand to your pussy so bad." MV#1 advised MAVERICKMAN220 that her stepsister is "6." (on two occasions). MAVERICKMAN220 questioned MV#1 if MV#2, "Does she have hair yet down there?"

24.     In another portion of the chat, MAVERICKMAN220 stated, "Tbh your kinda doing something to a 6 yr old yk." MV#1 responded, "Well I mean guys who want to fuck them." MAVERICKMAN220 stated, "That's too young plus she couldn't handle my dick." MV#1 stated, "True." MAVERICKMAN220 replied, "idk if you could either tbh." MAVERICKMAN220 then again requested another image of MV#1's vagina.

25.      MAVERICKMAN220 continues to give MV#1 advice on how to have MV#2 engage in sex acts with her, including, "idk be like how much do you know about this? Then point to your pussy and see what she says if she says nothing then ask if she wants to learn or if she looks uncomfortable touch your own and say its okay see I'm not bothered by it." MAVERICKMAN220 stated to MV#1, "I'm sure your wet an thinking about it (sexually abusing MV#2) …. I wish I was there to taste it." MAVERICKMAN220 then asked MV#1, "Would you go down on her if she let you". MV#1 appeared unfamiliar with the term. MAVERICKMAN220 explained it as "Eating out… Like tell her to use her tongue!" MV#1 stated she didn't know how to get MV#2 to engage in the act. MAVERICKMAN220 stated, "You gotta kinda make it seem *unintelligible* her idea… : I wanna watch her lick you down there… Mmm just imagine her tongue… Then imagine my dick in your mouth as she's licking you."

26.     Again, MV#1 reminded MAVERICKMAN220 that, "Keep in mind. She's 6." MAVERICKMAN220 responded, "I'm not gonna do anything with her I'm gonna be doing you!!... Mmm when she's done licking you I'll pick her up and have her sit on your face as I push my cock inside you… I slide deep inside you as your tongue slides deep into her. My dick stretches you out and makes you moan into your step sisters pussy." MAVERICKMAN220 again requested, "I wanna see pics and vids in the morning *Heart emoji*."

27.     Later in the conversation, MAVERICKMAN220 told MV#1, "Ask if she wants to play with your dolls *wink emoji*." MV#1 then sent a video to MAVERICKMAN220 which depicted MV#2 rubbing the breasts of MV#1.

28.     On or about November 22, 2021, SA Wargo conducted a preliminary review of Snapchat data which was provided to HSI in response to a warrant for MV#1's account data. During the review of the data there were two files of apparent child exploitation material that were sent from the account of MV#1 to MAVERICKMAN220. Those files included a video of MV#2 inserting her fingers into the vagina of MV#1.

29.     On or about December 20, 2021, HSI Pittsburgh Special Agent Wargo prepared and presented a warrant for the Snapchat account of "Maverickman220", which is believed to be controlled by Nicholas NESDAHL of Williston, ND.  The warrant was reviewed and approved by the Honorable United States Magistrate Judge Lenihan and was docketed under 2:21:MJ:02400-PLD. SA Wargo submitted the search warrant through the Snapchat Law Enforcement Portal. The case was assigned Snapchat internal case number c05d70c3c2. The request was submitted at approximately 3:00 PM on December 20, 2021.

30.     On or about January 5, 2021, Snapchat provided records responsive to the request via a downloadable file that was provided by email. On or about January 11, 2021, SA Wargo

parsed the data using Axiom 5.8.1.27613.  A review of the data resulted in the discovery of evidence of child exploitation offenses. In summary, the following information pertaining to Snapchat account of Maverickman220 was discovered in relation to the investigation involving MV#1 and MV#2.

### USER / SUBSCRIBER INFORMATION:

*Account Information:*
Username: Maverickman220
Email Address: None provided
Account Created: Friday, August 14, 2020
Creation IP Address: 2001:48f8:4078:3f4:81a3:78bb:6a5b:425d
Phone Number: None provided
Display Name: Nick
Account Status: Active
*Account Changes:*

Wednesday, May 5, 2021 – Birthday Old Value – 05/08/1994 – Birthday New Value – 05/08/2004

**AGENTS NOTE: NESDAHLS actual date of birth is May 8, 2004.**

*IP Login Data:*

Most Recent (Mobile IP)– 174.199.64.11 (Verizon Wireless) – December 20, 2021

Most Recent (Hardline IP) – 96.3.191.71 (Midco) – October 25, 2021

### INITIAL REVIEW OF MEDIA:

31.      In the warrant response, Snapchat provided approximately 434 media items which were still present within the account of NESDAHL.  Those included approximately 343 photographs (still images) and approximately 91 video files.  Several of the files are of apparent child exploitation material as defined by 18 USC § 2256.  Those include videos sent by MV#1, which depict MV#1 and MV#2, in addition to several other individuals who appear under the age of 18.  Those files include videos of females masturbating and engaging in "brush-bate, (slang

term used to identify an individual using a brush handle to perform sexual acts upon themselves)"

as well as, exposing their bare anus and vaginas in still images.

*FILES OF MV#1 AND MV#2 WITHIN THE SNAPCHAT RETURN:*

     MD5 - 7DCED68ED382A8E11463E577EE79A4E9
     FILE DESCRIPTION: Depicts MV#1 and MV#2. MV#2 is touching and inserting
     her fingers into the vagina of MV#1.

     MD5 - B9B6320041BEC2CBE158D6BD005B3B00
     FILE DESCRIPTION: Depicts MV#1 and MV#2.  MV#2 is massaging the breasts
     of MV#1 with lotion.

*FILES CONTAINING DEPICTIONS OF NESDAHL:*

     The media includes images of NESDAHL, which he sent to other parties, including images

of himself, appearing to have been taken when he was still in high school, and videos of himself

purportedly masturbating.

     MD5 - 65F81B88B5399BE8188FF97A06C0CA16
     FILE DESCRIPTION – Video NESDALH sent to another user depicting him
     masturbating. The files were sent to user "DK9807".

     MD5 - A76936DC09582810800C69E3B6DFE3C4
     FILE DESCRIPTION – Photograph that depicts NESDAHL standing between two
     women.

     MD5 - FA446E9DCAA6241B7775FE2B4ADB8069
     FILE DESCRIPTION – Screen shot of on Omegle chat. NESDAHL sent this screenshot
     to user "ALEYAH08072008". In the Omegle chat, NESDAHL believed he was talking
     with a thirteen (13) year old female, and he stated his age was fifteen (15).  NESDAHL
     engaged the user in sexual dialogue and transitioned the chat to Snapchat.

**AGENTS NOTE:  After reviewing the exchange on Snapchat the user claimed they were not

the person who NESDAHL had previously talked to on Omegle.**

## CHATS WITH MV#1

32.     The chat messages between MV#1 and NESDAHL, which were returned in the Snapchat response, begin on October 13, 2021 at 5:56:33 PM.  Approximately 212 chat messages were provided between the two individuals.

**AGENTS NOTE: Effort has been made to accurately transcribe the conversation, however, some types of characters such as emoji's and special characters are not permitted within the report system and may have inadvertently been altered. For full details refer to the Axiom case or the original file provided by Snapchat.**

*maverickman220:* Gn <3

*MV#1:* So basically you wanna know why i am the way I am with relationships. It's because everyone I've been with have been toxic and just used me.. so you look at me and go.. "hmm everyone?" Why is that? Well the first maybe 2 guys I actually loved and cared deeply for.. they were toxic and literally just used me for nudes… but the thing is I was with them for so long.. it kind of just grew on me.. like "oh hey this is what I'm into" only because that's all I've ever experienced.. is every guy I've "dated" they were just fake and only really wanted one thing.. you know, so that's why every other guy after them.. I've been attracted to and drawn to the toxic kind.,.because of how others treated me in the past.. I just think "that's how it's supposed to be".. in reality it's not.. so when an actual genuine person likes me and actually wants me.. idk how to respond?? Ive never had that before so I don't really know like…I feel like it's too soft.. and sweeeettt… which is so horrible I'm learning to correct the way I feel about certain types of ppl and certain kinds of relationships.. and I am SLOWLY trying to fix how broken I am.. and fix My mentality…anyways.. yeah that's basically the backstory that no ones gets to really get a insight on.. but yeah:( so that's another reason I kinda have hoes.. BECAUSE every guy..(I'm not kidding) every guy just wants nudes.. even tho they are sweet.. they still just ask for nudes a lot and that's mostly it…. So like what's the point of ev

*maverickman220:*

I'm not gonna say I don't want nudes cuz I do, I love getting and giving them but I also want more, I want someone to talk to, to be able to talk about anything with, but I'm not the type of guy who's gonna cheat or get cheated on, if I'm giving my all to someone and I find that they're talking to someone behind my back, it's over, idc if we've spent a day together or 10 years together I'm not that guy. I'm in it for one person and not to have multiple fall back plans. My last two ex's both cheated

on me and I was naive and stayed even though I wasn't having sex with them or anything they just wanted someone to talk to but wanted their fun with someone else so I'm sorry if I come off as insecure but it sucks to be cheated on once let alone twice.

*maverickman220*:

Life gave you such good looks that it needs to bring you down a bit lol

33.     Later within the conversation,

*MV#1*: Hehe let's talk bout something else

*maverickman220*: What do you wanna talk about?

*MV#1*: I dunno

*MV#1*: I'm with my lil sis rn

*MV#1*: *not recovered*

*maverickman220*: What you thinking about?

*MV#1*: Ugh

*MV#1*: I can't do anything with her

*maverickman220*: Why not?

*MV#1*: I dunno how to ask

*maverickman220*: What are yall doing rn?

*MV#1*: Sitting

*maverickman220*: Together?

*MV#1*: Yes

*MV#1*: Downstairs

*MV#1*: How do I ask plz tell me

*maverickman220*: Ask her if she's liked touching your boobs

*MV#1*: Okay, when we go outside or back upstairs

*maverickman220*: Why not downstairs are yall not alone?

*maverickman220*: Idk be like how much do you know about this? Then point to your pussy and see what she says if she says nothing then ask if she wants to learn or if she looks uncomfortable touch your own and say it's okay see I'm not bothered by it

*MV#1*: Nope

*MV#1*: We're eating lunch with everyone

*MV#1*: There is 8 ppl in our family

*maverickman220*: Dang

*MV#1*: What should I say to her

*maverickman220*: Idk you'll have to figure that out idk her reactions to things like you do

*maverickman220*: Rn?

*maverickman220*: She might like the camera too you never know lol she was rlly into touching your boobs when you recorded it but she wasn't when you didn't

*MV#1*: Like after I ask if she liked touchin my

*maverickman220*: Ask if she wants to do it again

*MV#1*: Paint?

*maverickman220*: Paint or just see if she wants to touch them again

*MV#1*: We're alone outside

*maverickman220*: Ask her

*MV#1*: Tell me exactly what to say

*maverickman220:* Ask her, did you like touching my boobs yesterday

*MV#1*: Oh

*MV#1*: K keen try

*MV#1*: Lemme

*maverickman220*: Okay

*MV#1*: She said yes

*maverickman220*: Ask her if she'd like to again

*MV#1*: Ok

*MV#1*: She said yeah

*maverickman220*: When do you think you'd get time for her to?

*maverickman220*: Don't ask her that

*maverickman220*: I'm asking you lol

*MV#1*: Oh yeah

*MV#1*: Un idk

*maverickman220*: Are your parents gonna be gone today?

*MV#1*: No

*maverickman220*: Are yall still outside?

*MV#1*: Yes

*maverickman220*: Are you being watched

*MV#1*: No

*maverickman220*: Have her do it now

*maverickman220*: What did she say?

*MV#1*: Hold on

*maverickman220*: Okay

*MV#1*: I'm just asking her stuff

*MV#1*: And I made her uncomfortable

*MV#1*: *not recovered*

*maverickman220*: What did you ask

*MV#1*: A bunch of things ok

*maverickman220*: You can't overwhelm her lol

*MV#1*: Ikkkk okkkkkayyy

*maverickman220*: Lol you gotta take it slow and work her into it

*MV#1*: Yes

*MV#1*: Ik

*MV#1*: I did ask if she was embarrassed or uncomfortable and she said no

*MV#1*: So it's okay

*maverickman220*: Okay

*maverickman220*: Ask if she wants to touch your tits rn

*MV#1*: Ugh

*maverickman220*: Just ask lol

*MV#1*: Hold up

*maverickman220*: Okay

*MV#1*: We're playing dolls

*MV#1*: -not recovered-

*MV#1*: -not recovered-

*maverickman220*: Inside?

*maverickman220*: Ask if she wants to play with your dolls

*MV#1*: My dolls?

*MV#1*: And we're outside

*MV#1*: -not recovered-

*MV#1*: She got nipples

*MV#1*: Bruh

*maverickman220*: And hair on her pussy lmao

*maverickman220*: Gn

*MV#1*: Yes I think hahah

*maverickman220*: Sheeesh

*maverickman220*: Lmao

*MV#1*: It's so weird

*maverickman220*: Yea ngl lol

*MV#1*: Hahaha

*MV#1*: The way ppl make Barbies these days

*MV#1*: Ong

*maverickman220*: Fr tho

*MV#1*: ♀

*maverickman220*: So did you ask her to play with your

*MV#*1: No

*maverickman220*: Why nott

*MV#1*: I'm scared

*MV#1*: ThT she will say no and it will be weird

*maverickman220*: It won't be weird it's just her saying no it might just mean she's not currently in the mood

*MV#1*: Okay

*maverickman220*: Did you ask?

*MV#1*: No!

*MV#1*: We're alone In The bathroom

*maverickman220*: Ask noww

*MV#1*: Lemme ask if she wants to take her clothes off than I will

*maverickman220*: Okay

*maverickman220*: Did yall take your clothes off?

*MV#1*: Yes

*maverickman220*: Rlly?

*maverickman220*: Are you gonna show me

*MV#1*: **VIDEO OF MV#1 and MV#2 - MV#2 is rubbing lotion on the breasts of MV#1.**

*maverickman220*: You do her now ;)

*MV#1*: I did

*MV#1*: Already

*maverickman220*: Were you and to record it

*maverickman220*: Able*

*MV#1*: No

*maverickman220*: Have her go lower on you now

*MV#1:* She did my stomach

*maverickman220*: Have her do your pussy

*MV#1*: Idkkk

*maverickman220*: Do it you know you want her to

*MV#1*: Yes

*maverickman220*: Tell her it needs to be moisturized too

*maverickman220: -not recovered-*

*maverickman220*: Did you get her to?

*MV#1*: No

*MV#1*: Hmmm

*MV#1*: Lemme think

*maverickman220*: Did she not want to?

*MV#1*: I didn't ask

*maverickman220*: Ask

*MV#1*: Hmm

*maverickman220*: Just ask

*maverickman220:* Say it needs lotion too

*MV#1*: Uhhh

*MV#1*: Idk what if she says no

*maverickman220*: Then she says no just ask

*MV#1*: Alright

*maverickman220*: She'll probs say yes at this point

*MV#1:* She didn't

*maverickman220*: Didn't want too?

*maverickman220*: MV#1 ?

*MV#1*: Hold on

*maverickman220*: Okay

*MV#1*: I did it to her first

*MV#1*: And she said it feels so good

*MV#1*: And that we should do it every day

*maverickman220*: Did you record it

*MV#1*: No

*maverickman220*: Why not

*maverickman220*: ?

*MV#1*: Ooouuuuhhhh

*MV#1*: ***Video of MV#1 and MV#2. MV#2 is rubbing and inserting her fingers into the vagina of MV#1.***

*maverickman220*: Fuck that's hot

*maverickman220*: See if she'll use your tongue

*maverickman220*: Does her pussy look like yours?

*maverickman220*: Are you taking more vids?

*maverickman220*: ?

*maverickman220*: Hey

*maverickman220*: I'm sorry

35.     SA Wargo did not conduct a full review of every chat contained within this search warrant return.  The search warrant return was filed with the court on January 12, 2021.

36.     On or about January 31, 2022, HSI Pittsburgh SA Wargo prepared a follow-up warrant for the Snapchat account of MAVERICKMAN220. The warrant was presented to and approved by the Honorable United States Magistrate Judge Dodge.  The warrant was docketed under 2:22:MJ-00165-PLD. On or about February 2, 2022, SA Wargo uploaded the search warrant to the Snapchat Law Enforcement Portal. It was assigned Snapchat internal reference number

23bb7b0019. On or about February 7, 2022, Snapchat responded to the request and provided responsive records.

37.     On or about February 22, 2022, SA Wargo processed the return utilizing Axiom v. 5.8.1.27613. A cursory review of the data revealed records similar to what were produced as a result of the previous warrant (in regard to the HSI Pittsburgh investigation). It should be noted there appeared to be additional data of importance to the HSI Minot investigation. On or about February 11, 2022, the search warrant return was filed electronically with the AUSA's Office. On or about February 22, 2022, SA Wargo forwarded the records to HSI Minot SA Jenna Harbin.

38.     On February 22, 2022, SA Harbin spoke with the apartment managers of NESDAHL's apartment complex who confirmed NESDAHL still currently resides in Apartment B-111 located at 3713 7th Street West, Williston, ND 58801. On March 25, 2022, SA Harbin spoke with the apartment managers again and was informed NESDAHL was assigned detached garage C-71. At approximately 10:35AM, SA Harbin observed NESDAHL's 2014 Black Chrysler 200 (ND tag: 678CTV) at Interstate Power Systems located at 3805 4th Avenue West, Williston, ND 58801. Through records check from the North Dakota Department of Motor Vehicles, NESDAHL reported owning a black Victory motorcycle which was registered to his address of 3713 7th Street West, Apartment B-111, Williston, ND 58801.

39.     Your affiant sought and received authority to search NESDAHL'S person, vehicles, residence, and detached garage on March 28, 2022. The search warrant was executed on April 6, 2022. During the search several devices were seized, to include a cellphone belonging to NESDAHL. The cellphone was preliminarily previewed by a forensic agent assisting in the search and images and videos depicting the sexual exploitation of minors was observed on the cellphone.

40.    NESDAHL had a folder labeled "Sarina Krassilskiy 13" in a passcode locked folder on his phone. Agents observed videos in this folder of a pubescent female masturbating with her vagina exposed. NESDAHL had screen recorded the video sent from "Sarina Krassilskiy" on Snapchat. SA Harbin knows from the Snapchat Return that NESDAHL was talking to username "s_krassilskiy19" via Snapchat. Another file indicated that NESDAHL also screen recorded an Omegle chat with Krassilskiy wherein she told NESDAHL she was 13 years of age and he said he was 14 years of age. NESDAHL was using Omegle to chat with random strangers and did not need an account to access it. NESDAHL engaged in a sexually explicit chat with "Krassilskiy" and then asked her to move to Snapchat. The screen recordings were taken from June 27, 2021 through February 4, 2022.

41.    On the same date, NESDAHL was provided a notice of rights and agreed to provide a statement to the agents present. During his statement, NESDAHL admitted to producing, receiving, and possessing images and videos depicting the sexual exploitation of minors. NESDAHL further indicated that he utilized the internet to obtain the images and videos. NESDAHL also admitted to screen recording child exploitation sent to him via snapchat. NESDAHL admitted to saving the images and organizing them into file folders labeled with the girl's name and age.

42.    Based on the above facts and circumstances, your Affiant believe there is sufficient probable cause to charge, via criminal complaint, NICHOLAS ANFIN NESDAHL, with the offense of Receipt and Possession of Images Depicting the Sexual Exploitation of Minors in violation of 18 USC 2252(a)(2) and (a)(4)(B).

Jenna M. Harbin
Special Agent
Homeland Security Investigations

Sworn to before me this 7th day of April, 2022.

CLARE R. HOCHHALTER
UNITED STATES MAGISTRATE JUDGE