AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

RECEIVED
UNITED STATES MARSHALS
APR 07 2022
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br><br>NICHOLAS ANFIN NESDAHL<br><br>*Defendant* | )<br>)  Case No.  1:22-mj-192<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     NICHOLAS ANFIN NESDAHL                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt and possession of images depicting the sexual exploitation of minors in violation of United States Code, Sections 2252(a)(2) and (a)(4)(B).

Date:     04/07/2022

*Issuing officer's signature*

City and state:   Bismarck, ND          United States Magistrates Judge Clare R. Hochhalter
                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* 04/07/2022, and the person was arrested on *(date)* 04/06/2022
at *(city and state)* WILLISTON, ND

Date: 04/08/2022

*Arresting officer's signature*

AMANDA LEWIS, DUSM
*Printed name and title*

ON BEHALF OF HSI