UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS ANFIN NESDAHL,<br><br>　　　　　　　Defendant. | Cr. No. 1:22-cr-076 and 1:24-cr-021<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

　　　The Defendant, Nicholis Anfin Nesdahl, submits this sentencing memorandum to the Court before his sentencing which is scheduled for June 24, 2024. Nesdahl has no objections to the facts contained within the presentence investigation report.

　　　Dated this 18th day of June, 2024.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　JASON J. TUPMAN
　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　*/s/ Erin S. Bolinger*
　　　　　　　　　　　　　　Erin S. Bolinger
　　　　　　　　　　　　　　Chief North Dakota Trial Counsel
　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　Districts of South Dakota and North Dakota
　　　　　　　　　　　　　　100 West Broadway Avenue, Suite 230
　　　　　　　　　　　　　　Bismarck, ND 58501
　　　　　　　　　　　　　　Telephone: 701-250-4500 Facsimile: 701-250-4498
　　　　　　　　　　　　　　filinguser_SDND@fd.org